IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01936-MSK-BNB

RANDY S. GOLDENHERSH,

Plaintiff,

v.

AURORA LOAN SERVICES LLC, a Delaware limited liability company,
DALE & DECKER, LLC, a Colorado limited liability company,
HOLLY DECKER,
TONI M.N. DALE,
JAMIE G. SILER, ESQ., and
ANNA MARIA PETERS-RUDDICK, as Public Trustee of Arapahoe County, Colorado,

Defendants.
_____

**ORDER**
_____

The plaintiff initiated this action, *pro se*, by the filing of a complaint. [Doc. # 1, filed 8/13/2010]. The district judge referred the case to me for pretrial proceedings. Order of Reference to Magistrate Judge [Doc. # 12, filed 8/17/2010]. The defendants have filed a Suggestion of Bankruptcy [Doc. # 14, filed 8/20/2010] reporting that the plaintiff has filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

IT IS ORDERED that the defendants shall file a status report on or before **September 15, 2010**, and quarterly thereafter advising this court of the status of the bankruptcy proceeding and what actions, if any, this court should schedule in this case.

Dated August 23, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge