IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01936-MSK-BNB

RANDY S. GOLDENHERSH,

Plaintiff,

v.

AURORA LOAN SERVICES LLC, a Delaware limited liability company,
DALE & DECKER, LLC, a Colorado limited liability company,
HOLLY DECKER,
TONI M.N. DALE,
JAMIE G. SILER, ESQ., and
ANNA MARIA PETERS-RUDDICK, as Public Trustee of Arapahoe County, Colorado,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Verified Motion for Leave to Supplement and Amend Complaint** [Doc. # 57, filed 12/10/2010] (the "Motion to Amend"), which is DENIED without prejudice.

The plaintiff admits that he failed to confer with the defendants prior to filing the Motion to Amend, claiming that such an effort would be futile. Motion to Amend [Doc. # 57] at p. 1. Local rule of practice 7.1A, D.C.COLO.LCivR, is unequivocal:

> The court **will not consider any motion**, other than a motion under Fed. R. Civ. P. 12 or 56, **unless counsel for the moving party or a pro se party, before filing the motion, has conferred** or made reasonable, good-faith efforts to confer with opposing counsel or a pro se party to resolve the disputed matter.

(Emphasis added.) The plaintiff's failure to comply with Rule 7.1A is fatal to the Motion to Amend.

In addition, the plaintiff failed to attach a proposed amended complaint to the Motion to Amend.  I will not grant a motion to amend in the abstract.

Finally, "an amended complaint supersedes an original complaint and renders the original complaint without legal effect."  Mink v. Suthers, 482 F.3d 1244, 1254 (10th Cir. 2007)(internal quotations omitted).  Consequently, the plaintiff must include in any proposed amended complaint all of the claims against all of the defendants which he intends to raise.  The plaintiff may not incorporate by reference any claims or supporting allegations submitted in a prior pleading.

IT IS ORDERED that the Motion to Amend[Doc. # 57] is DENIED without prejudice, subject to renewal in compliance with this order.

Dated December 16, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge