IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  10-cv-01936-WJM-BNB | Date: March 31, 2011 |
| Courtroom Deputy:    Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| RANDY S. GOLDENHERSH, | Pro Se |
| Plaintiff(s), | |
| v. | |
| AURORA LOAN SERVICES LLC, | D. Trey Jordan |
| A Delaware limited liability company | Ian Hicks |
| DALE & DECKER, LLC, | D. Trey Jordan |
| | Ian Hicks |
| HOLLY DECKER, | D. Trey Jordan |
| | Ian Hicks |
| TONI M.N. DALE, | D. Trey Jordan |
| | Ian Hicks |
| JAMIE SILER, ESQ., and | D. Trey Jordan |
| | Ian Hicks |
| ANA MARIA PETERS-RUDDICK, | |
| named in her capacity as Public Trustee of | |
| Arapahoe County, Colorado | |
| Defendant(s). | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE AND MOTIONS HEARING**

Court in Session:      1:38 p.m.

Appearance of counsel. Defendant Jamie Siler present.

Court's opening remarks.

Argument presented regarding plaintiff's verified motion for leave to supplement and amend complaint [ Doc.#69; filed 3/14/11].

**ORDERED:   Verified motion for leave to supplement and amend complaint [ Doc.#69; filed 3/14/11] is taken under advisement as stated on the record.**

**ORDERED: The plaintiff shall notify the court of his change of address on or before April 11, 2011.**

Deadline for joinder of parties and amendment of pleadings is: **May 16, 2011**

Discovery cut-off is: **August 19, 2011**

The dispositive motion deadline is: **September 23, 2011**

The parties shall designate all experts no later than: **June 1, 2011**

The parties shall designate all rebuttal experts no later than: **July 1, 2011**

Interrogatories and request for production of documents shall be served such that responses are due by the discovery cut off.

Settlement Conference will be set at the request of the parties.

Pretrial Conference shall be held **November 17, 2011 at 9:30 a.m.** A proposed Pretrial Order shall be submitted on or before **November 10, 2011**.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess:      2:22 p.m.      Hearing concluded.     Total time in Court: 00:44

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.