IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01936-WJM-BNB

RANDY S. GOLDENHERSH,

Plaintiff,

v.

AURORA LOAN SERVICES LLC, a Delaware limited liability company,
DALE & DECKER, LLC, a Colorado limited liability company,
HOLLY DECKER,
TONI M.N. DALE,
JAMIE G. SILER, ESQ., and
ANNA MARIA PETERS-RUDDICK, as Public Trustee of Arapahoe County, Colorado,

Defendants.

_____

**ORDER**
_____

This matter arises on the defendants' "Notice of Termination of Automatic Bankruptcy Stay [Doc. #101, filed 09/19/2011] and the plaintiff's "Suggestion of Bankruptcy" [Doc. #102, filed 09/22/2011]. The parties have filed conflicting notices as to whether this case is subject to an automatic bankruptcy stay under 11 U.S.C. § 362. Accordingly,

IT IS ORDERED that on or before **October 7, 2011**, the parties shall submit written briefs with citations to supporting law regarding whether this case is subject to an automatic bankruptcy stay.

Dated September 26, 2011.

              BY THE COURT:

               s/ Boyd N. Boland
              United States Magistrate Judge