IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01936-WJM-BNB

RANDY S. GOLDENHERSH,

Plaintiff,

v.

AURORA LOAN SERVICES LLC, and
DALE & DECKER LLC,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Defendants' Motion to Dismiss Plaintiff's Amended Complaint Pursuant to 12(b)(6)** [Doc. #110, filed 11/14/2011] (the "Motion").

The defendants have filed a motion to dismiss pursuant to Rule 12(b)(6), Fed. R. Civ. P. In ruling on a motion to dismiss for failure to state a claim upon which relief can be granted, I may treat the motion as a motion for summary judgment pursuant to Fed. R. Civ. P. 56 when matters outside the pleadings are presented to and not excluded by me and all parties have been given a reasonable opportunity to respond as provided in Rule 56. Fed. R. Civ. P. 12(d).

The defendants have submitted matters outside the pleadings which are not subject to judicial notice. Accordingly,

IT IS ORDERED:

1. The Motion is converted to a motion for summary judgment under Fed. R. Civ. P. 56; and

2. On or before **December 7, 2011**, the plaintiff shall respond to the Motion as provided

in Rule 56.

Dated November 17, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge